The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK D. STEPHENS and LYNN STEPHENS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TOWN OF STEILACOOM, a municipal corporation,<br><br>　　　　　Defendant. | CASE NO. 22-cv-05440-BJR<br><br>STIPULATED MOTION FOR EXTENSION OF EXPERT, DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>WITH PROPOSED ORDER AS PER LCR 10(g)<br><br>**NOTED: February 10, 2023** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 16(b)(4), Local Civil Rule 16(b)(5), and Local Civil Rule 10(g), the parties respectfully move the Court to extend the expert disclosure and discovery cutoff by one calendar month, and the deadline for dispositive motions by two weeks, with the trial date and all other deadlines remaining unchanged.

This stipulation is based upon the following agreed facts:

Plaintiff filed its original Complaint in Pierce County Superior Court Cause No. 22-2-06777-8 on June 3, 2022. Defendant removed this action to federal court on June 15, 2022. *Dkt. 1*. The parties submitted their Joint Status Report ("JSR") on August 12, 2022. *Dkt. #9*. The JSR proposed a case schedule with disclosure of experts by March 13, 2023, a discovery

STIPULATED MOTION AND PROPOSED ORDER RE: EXTENSION OF EXPERT AND DISCOVERY DEADLINES - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7706402.1
7706402.1

1  cutoff of May 16, 2023 and a trial date of September 11, 2023.  On August 15, 2022, the Court
2  entered its initial Case Scheduling Order. *Dkt. 10*.  The Court set the expert report deadline for
3  February 13, 2023, the discovery cutoff for March 15, 2023, the dispositive motion deadline of
4  April 14, 2023 and a jury trial date for September 11, 2023.

   The parties have been exchanging information and actively exploring a settlement of this matter, which requires further consultation with third party government agencies.  In the interest of avoiding the substantial additional costs in formal expert disclosure and discovery, which may create an impediment to resolution, the parties request a one-month extension of the expert witness disclosure deadline and the discovery cutoff.  The dispositive motion deadline should also be extended two weeks to allow for the completion of discovery.  These dates coincide with the proposed dates in the JSR and will still allow discovery to be completed several months in advance of the currently existing September trial date.

   "A schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  Rule 16(b)'s "good cause" standard primarily considers the diligence of the party seeking the amendment.  In this case, the parties have acted diligently and agree that the requested continuance will promote the efficient and just resolution of this action.  The parties have engaged in substantial and good faith settlement negotiations based on information exchanged to date, with a proposed framework that will require consultation with the Department of Ecology.  Continuing the expert disclosure deadline and discovery deadline will allow the parties to pursue settlement without simultaneously incurring the significant costs of formal discovery.

STIPULATED MOTION AND PROPOSED ORDER RE:
EXTENSION OF EXPERT AND DISCOVERY DEADLINES - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7706402.1
7706402.1

The requested extensions will still leave ample time to complete discovery several months in advance of trial. The dispositive motion deadline will only be extended two weeks and will still be over four months prior to trial. All remaining deadlines will remain intact. The parties therefore believe this requestion will not delay or prejudice the Court's administration of the case or delay trial. Therefore, the modified case schedule will "secure the just, speedy, and inexpensive determination" of this action, in accordance with Fed. R. Civ. P. 1.

For the foregoing reasons, the parties respectfully request that the Court amend the case schedule as follows:

| DESCRIPTION | CURRENT DATE | AMENDED DATE |
|---|---|---|
| **Jury Trial Date** (est. 3 days) | September 11, 2023 | September 11, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 13, 2023 | March 13, 2023 |
| Discovery completed by | March 15, 2023 | April 14, 2023 |
| All dispositive motions must be filed by | April 14, 2023 | May 1, 2023 |
| All motions in limine must be filed by | August 7, 2023 | August 7, 2023 |
| Joint Pretrial Statement | August 14, 2023 | August 14, 2023 |
| Pretrial Conference | August 28, 2023 | August 28, 2023 |
| Length of Jury Trial | | 5 days |
| All dates specified in the Local Civil Rules and/or the | | |

STIPULATED MOTION AND PROPOSED ORDER RE: EXTENSION OF EXPERT AND DISCOVERY DEADLINES - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7706402.1
7706402.1

| | | |
|---|---|---|
| Court's Standing Order shall remain. | | |

DATED this 10th day of February, 2023.

| | |
|---|---|
| */s Michael Zoretic* | *s/Adam Rosenberg* |
| Michael T. Zoretic, WSBA #21221 | *s/Laura E. Brindley* |
| Zoretic Law | Adam Rosenberg, WSBA #39256 |
| P.O. Box 427 | Laura E. Brindley, WSBA #58770 |
| Pateros, WA 98846 | Williams, Kastner & Gibbs, PLLC |
| Telephone:  509.923.9529 | 601 Union Street, Suite 4100 |
| Email: mike@zoreticlaw.com | Seattle, WA 98101-2380 |
| | Telephone:  (206) 628-6600 |
| | Email: arosenberg@williamskastner.com |
| | Email: lbrindley@williamskastner.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

STIPULATED MOTION AND PROPOSED ORDER RE:
EXTENSION OF EXPERT AND DISCOVERY DEADLINES - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7706402.1
7706402.1

<u>ORDER</u>

PURSUANT TO LCR 10(g), IT IS SO ORDERED,

DATED this 13th day of February, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND PROPOSED ORDER RE:
EXTENSION OF EXPERT AND DISCOVERY DEADLINES - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7706402.1
7706402.1